UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMPEY PAIN GROUP, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>HORIZON HEALTHCARE SERVICES D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>                    Defendants. | Civil Action No.: 21-17815 (JXN) (LDW)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court upon the Report and Recommendation ("R&R") dated September 22, 2025, by Magistrate Judge Leda Dunn Wettre ("Judge Wettre") (ECF No. 124), recommending that Plaintiffs Champey Pain Group, LLC, Mine Hill Surgical Center, LLC, and Mine Hill Anesthesia Group, LLC's (collectively "Plaintiffs") Amended Complaint (ECF No. 13) be dismissed without prejudice for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b). The parties having been advised that, pursuant to Fed. R. Civ. P. 72(b)(2), they may file and serve objections within fourteen (14) days after receiving a copy of Judge Wettre's R&R; and no objections to the R&R have been received, and the time for objections has expired; and the Court having reviewed the reasons set forth in Judge Wettre's R&R, and for good cause shown,

**IT IS** on this 10th day of October 2025,

**ORDERED** that the R&R of Judge Wettre's dated September 22, 2025, (ECF No. 124), is **ADOPTED** as the conclusions of law of this Court, and Plaintiffs' Amended Complaint (ECF No.

13) is hereby **DISMISSED** *without prejudice* for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b); it is further

**ORDERED** that the Clerk of Court shall serve a copy of this Order to Plaintiffs Champey Pain Group, Mine Hill Surgical Center, and Mine Hill Anesthesia Group by regular U.S. mail; and it is further

**ORDERED** that the Clerk is directed to **CLOSE** this case.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge